IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEONIRES PEREZ-GONZALES,<br><br>    Defendant. | 8:23CR112<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

   This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 76). The Court has carefully reviewed this case and finds as follows:

   1.  On February 15, 2024, defendant Leonires Perez-Gonzales ("Perez-Gonzales") pleaded guilty to Counts I and II of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count I charged Perez-Gonzales with conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 United States Code section 846. Count II of the Indictment charged him with using or carrying a firearm during and in relation to a drug-trafficking crime or possessing a firearm in furtherance of such a crime, in violation of 18 United States Code section 924(c)(1)(A).

   2.  The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of property seized from 308 N. 40th Street, Omaha on or about April 17, 2023 and April 18, 2023, including:

    a.  $7,613 in United States currency;

    b.  A Smith & Wesson Model M&P 15-22 Rifle, Serial Number DFR1274;

  c. A Semi-Automatic Black Sccy Industries 9mm Handgun, Serial Number 425960;

  d. A Semi-Automatic Black Glock 48 9mm handgun, Serial Number BVND189;

  e. A Black Glock 48 handgun 9mm, Serial Number BWDV843;

  f. A Semi-Automatic Black/Grey F1 Firearms 5.56 rifle, Serial Number 11014059; and

  g. A F.N. Model Scar 17 .762 Caliber Rifle, Serial Number HC51816.

on the basis they were (a) used to facilitate the offenses charged in the Indictment or (b) derived from proceeds obtained directly or indirectly as a result of the commission of the offenses charged in the Indictment.

 3. Based on Perez-Gonzalez's guilty plea and admission, Perez-Gonzalez forfeits his interest in the $7,613 in United States currency and the firearms and the government is entitled to possession of any interest Perez-Gonzalez has in the $7,613 in United States currency and the firearms pursuant to 21 U.S.C. § 853.

 4. The government's Motion for Preliminary Order of Forfeiture should be granted.

 IT IS ORDERED:

 1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 76) is granted.

 2. Based upon the Forfeiture Allegation of the Indictment and Perez-Gonzales' guilty plea and admission, the government is hereby authorized to seize the $7,613 in United States currency and the firearms.

 3. Perez-Gonzalez's interest in the $7,613 in United States currency and the firearms is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $7,613 in United States currency and the firearms are to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of $7,613 in United States currency and the firearms in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the $7,613 in United States currency and the firearms must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $7,613 in United States currency and/or the firearm(s), shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $7,613 in United States currency and/or the firearm(s) and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $7,613 in United States currency and/or the firearm(s) as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 6th day of March 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge