IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LEONIRES PEREZ-GONZALES and<br>ALEAH MEYER,<br><br>      Defendants. | 8:23CR112<br><br>FINAL ORDER<br>OF FORFEITURE |

  This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 114). The Court has carefully reviewed the record in this case and finds as follows:

  1. On March 6, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 77) forfeiting defendant Leonires Perez-Gonzales's ("Perez-Gonzales"), interest in the $7,613 in United States currency; Smith & Wesson Model M&P 15-22 Rifle, Serial Number DFR1274; Semi-Automatic Black Sccy Industries 9mm Handgun, Serial Number 425960; Semi-Automatic Black Glock 48 9mm handgun, Serial Number BVND189; Black Glock 48 handgun 9mm, Serial Number BWDV843; Semi-Automatic Black/Grey F1 Firearms 5.56 rifle, Serial Number 11014059; and F.N. Model Scar 17 .762 Caliber Rifle, Serial Number HC51816.

  2. On September 12, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 108) forfeiting defendant Aleah Meyer's ("Meyer"), interest in the $7,613 in United States currency.

  3. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 9, 2024, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules

for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 115) was filed herein on October 29, 2024.

4. On June 28, 2023, John Hrabik submitted a Petition for Remission with the Federal Bureau of Investigation which referred the matter to the government due to the judicial forfeiture.

5. Pursuant to 28 C.F.R. § 9.1, the Petition for Remission will be ruled on by the Money Laundering and Asset Recovery Section ("MLARS") of the Department of Justice after the defendant is sentenced and an order of forfeiture is issued, finalizing the forfeiture.

6. On September 26, 2024, an Order was entered dismissing the Smith & Wesson Model M&P 15-22 Rifle, Serial Number DFR1274 and the Black Glock 48 Handgun 9MM, Serial Number BWDV843 and allowing them to be returned to their rightful owner (Filing No. 110).

7. The Semi-Automatic Black/Grey F1 Firearms 5.56 rifle, Serial Number 11014059 and F.N. Model Scar 17 .762 Caliber Rifle, Serial Number HC51816 should be dismissed from the forfeiture as the Federal Bureau of Investigation stated that these two firearms were stolen, and the Federal Bureau of Investigation is not processing these firearms.

8. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 114) is granted.

2. All right, title and interest in and to the $7,613 in United States currency; Semi-Automatic Black Sccy Industries 9mm Handgun, Serial Number 425960; and Semi-Automatic Black Glock 48 9mm handgun, Serial Number BVND189 seized from 308 N. 40th Street, Omaha, Nebraska, on or about April 17, 2023 and April 18, 2023, held by any person or entity are forever barred and foreclosed.

3. The Semi-Automatic Black/Grey F1 Firearms 5.56 rifle, Serial Number 11014059 and F.N. Model Scar 17 .762 Caliber Rifle, Serial Number HC51816 are dismissed from the forfeiture.

4. The $7,613 in United States currency, the Semi-Automatic Black Sccy Industries 9mm Handgun, Serial Number 425960, and the Semi-Automatic Black Glock 48 9mm handgun, Serial Number BVND189 are forfeited to the government.

5. The government is directed to dispose of the $7,613 in United States currency, the Semi-Automatic Black Sccy Industries 9mm Handgun, Serial Number 425960, and the Semi-Automatic Black Glock 48 9mm handgun, Serial Number BVND189 in accordance with law.

Dated this 16th day of January 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge